**2002–0906. Baker v. Toledo City School Dist. Bd. of Edn.**
Lucas App. No. L–01–1303, 2002-Ohio-854. Reported at 96 Ohio St.3d 1493, 2002-Ohio-4534, 774 N.E.2d 766. On motion for reconsideration. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

DOUGLAS, J., not participating.